Federal Natl. Mtge. Assn. v Buczek
2026 NY Slip Op 04133
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, PLAINTIFF-RESPONDENT,
v
DEBORAH A. BUCZEK, DEFENDANT-APPELLANT, ET AL., DEFENDANTS.

Decided on June 26, 2026
MOTION NO. (146/26) CA 25-00009.
Present: Whalen, P.J., Lindley, Curran, And Delconte, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.